**UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Hartford COVID-19 Business             )
<u>Interruption Protection Insurance Litigation</u>   )         MDL No. 2963

**<u>NOTICE OF RELATED ACTIONS</u>**

Pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel notifies the Clerk of the JPML of the following related actions:

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| *11012 Holdings v. Hartford Fire Ins. Co., et al.* | 1:20-cv-04471 | Southern District of New York | Lorna G. Schofield |
| *ABC Children's Dentistry, LLC v. Hartford Ins. Co., d/b/a Sentinel Ins. Co.* | 1:20-cv-10044 | District of New Jersey | Noel L. Hillman |
| *Amini Brothers, LLC et al. v. Cincinnati Ins. Co. et al.* | 1:20-cv-00687 | District of New Mexico | Martha Vazquez |
| *Arrowhead Health and Racquet Club, LLC et al. v. Twin City Fire Ins. Co. d/b/a The Hartford* | 1:20-cv-08968 | District of New Jersey | Noel L. Hillman |
| *BA Lax, LLC et al. v. Hartford Fire Ins. Co. et al.* | 2:20-cv-06344 | Central District of California | Stephen V. Wilson |
| *Baked Daily Corp. dba Panificio v. Hartford Fin. Servs. Grp., Inc., et al.* | 1:20-cv-11385 | District of Massachusetts | Douglas P. Woodlock |
| *Barroso, Inc. d/b/a Guajillo Mexican Cuisine v. Twin City Fire Ins. Co., Inc. et al.* | 1:20-cv-00632 | Eastern District of Virginia | Leonie M. Brinkema |
| *Cali Fresh, LLC d/b/a Chronic Tacos v. Hartford Fin. Servs. Grp., Inc. et al.* | 1:20-cv-00522 | Middle District of North Carolina | William L. Osteen, Jr. |
| *Cedar Run Orthodontics, P.A. d/b/a DeFelice Orthodontics v. Hartford Fin. Servs. Gro., Inc. d/b/a The Hartford et al.* | 1:20-cv-08156 | District of New Jersey | Robert B. Kugler |
| *CFIT Holdings Corp. v. Twin City Ins. Co.* | 1:20-cv-03453 | Northern District of Illinois | Gary Feinerman |
| *Colgan d/b/a James Colgan Union Square & James Colgan* | 4:20-cv-04780 | Northern District of California | Haywood S. Gilliam, Jr. |

| *Potrero Hill v. Sentinel Ins. Co., Ltd.* | | | |
|---|---|---|---|
| *Dang et al. v. Hartford Lloyds Ins. Co.* | 4:20-cv-02326 | Southern District of Texas | Alfred H. Bennett |
| *Digital Age Marketing Grp., Inc. v. Sentinel Ins. Co. Ltd d/b/a The Hartford* | 0:20-cv-61577 | Southern District of Florida | William P. Dimitrouleas |
| *Dm Restaurant Ventures I, LLC d/b/a Fox & Falcon v. Twin City Fire Ins. Co. et al.* | 2:20-cv-08627 | District of New Jersey | Claire C. Cecchi |
| *Dr. Edward S. Kole, D.O., PC v. Hartford Fin. Servs. Grp. Inc. d/b/a The Hartford, et al.* | 2:20-cv-03486 | Eastern District of Pennsylvania | Timothy J. Savage |
| *EMM Grp. Holdings, LLC v. Hartford Fire Ins. Co. d/b/a The Hartford et al.* | 2:20-cv-06139 | Central District of California | Michael W. Fitzgerald |
| *Firenze Ventures LLC d/b/a Firenze Italian Street Food v. Twin City Fire Ins. Co.* | 1:20-cv-04226 | Northern District of Illinois | Gary Feinerman |
| *Founder Institute Incorporated v. Hartford Fire Ins. Co., et al.* | 3:20-cv-4466 | Northern District of California | Vince Chhabria |
| *Franklin EWC, Inc. v. Hartford Fin. Servs. Grp., Inc. et al.* | 3:20-cv-04434 | Northern District of California | Jacqueline Scott Corley |
| *French Laundry et al. v. Hartford Fire et al.* | 3:20-cv-04540 | Northern District of California | Jacqueline Scott Corley |
| *Gabriella's LLC d/b/a Gabriella's Italian Steakhouse et al. v. Hartford Ins. Grp. et al.* | 3:20-cv-07799 | District of New Jersey | Freda L. Wolfson |
| *Good Times Barbershop and Ravive Health and Vitality, LLC v. Hartford Fin. Servs. Grp., Inc., et al.* | 3:20-cv-01403 | Southern District of California | Michael M. Anello |
| *Gregory DeFelice DMD, LLC v. Hartford Fin. Servs. Grp. et al.* | 1:20-cv-08158 | District of New Jersey | Robert B. Kugler |
| *Hair Perfect Int'l, Inc. v. Sentinel Ins. Co., ltd. d/b/a the Hartford* | 2:20-cv-03729 | Central District of California | John A. Kronstadt |
| *Hais Hais & Goldberg PC v. Sentinel Ins. Co.* | 4:20-cv-00919 | Eastern District of Missouri | David D. Noce |
| *Hamilton Jewelry LLC d/b/a CF Brandt Jewelers & Jewelry Place By The Bay v. Twin City Fire Ins. Co., Inc. et al.* | 8:20-cv-02248 | District of Maryland | Paul W. Grimm |
| *Harvest Hospitalities, Inc., et al. v. Hartford Fin. Serves. Grp., Inc., et al.* | 3:20-cv-10171 | District of New Jersey | Michael A. Shipp |

| | | | |
|---|---|---|---|
| *J Bells, LLC d/b/a Bishops Cuts and Colors v. Sentinel Ins. Co., Ltd.* | 3:20-cv-05820 | Western District of Washington | Benjamin H. Settle |
| *J&H Lanmark, Inc. v. Twin City Fire Ins. Co., et al.* | 5:20-cv-00333 | Eastern District of Kentucky | Danny C. Reeves |
| *Jeffrey M. Dressel, D.D.S., P.C. d/b/a South Brooklyn Dentist v. Hartford Ins. Co. of Midwest, Inc.* | 1:20-cv-2777 | Eastern District of New York | Kiyo A. Matsumoto |
| *John's Grill, Inc. v. Hartford Financial Services Group, Inc., et al.* | 3:20-cv-03610 | Northern District of California | Richard Seeborg |
| *Just Your Style Salon, LLC v. Hartford Financial Servs., Grp., Inc., et al.* | 3:20-cv-09681 | District of New Jersey | Brian R. Martinotti |
| *Kevin Barry Fine Art Associates v. Sentinel Ins. Co., Ltd.* | 3:20-cv-04783 | Northern District of California | Sallie Kim |
| *La Issy, Inc. v. Hartford Casualty Ins. Co.* | 8:20-cv-01878 | Middle District of Florida | Steven D. Merryday |
| *Lasky Clinic Surgical Ctr., Inc. et al. v. Sentinel Ins. Co. et al.* | 2:20-cv-06949 | Central District of California | Michael W. Fitzgerald |
| *Leal, Inc. v. Hartford Financial Servs., Grp., Inc. d/b/a The Hartford, et al.* | 3:20-cv-00917 | District of Connecticut | Alfred V. Covello |
| *Mostre Exhibits LLC v. Sentinel Ins. Co. et al.* | 3:20-cv-01332 | Southern District of California | Cynthia Bashant |
| *Natty Greene's Brewing Co., LLC, et al. v. Travelers's Cas., Ins., et al.* | 1:20-cv-00437 | Middle District of North Carolina | Catherine C. Eagles |
| *Nicholas Addiego Endodontist DMD, LLC v. Hartford Fin. Servs. Grp., Inc. et al.* | 3:20-cv-05932 | District of New Jersey | Michael A. Shipp |
| *Oaklandish, LLC v. Sentinel Ins. Co., Ltd.* | 4:20-cv-04856 | Northern District of California | Yvonne Gonzalez Rogers |
| *Park Avenue Oral & Facial Surgery, P.C. v. Hartford Fin. Servs. Grp. d/b/a The Hartford, et al.* | 1:20-cv-05407 | Southern District of New York | Vernon S. Broderick |
| *Preferred Dental Center PC v. Twin City Ins. Co. et al.* | 5:20-cv-00837 | Western District of Texas | Jason K. Pulliam |
| *Raymond H Nahmad DDS v. Hartford Cas. Ins. Co.* | 1:20-cv-22833 | Southern District of Florida | Beth Bloom |
| *Rhonda Hill Wilson, Esq. et al. v. Hartford Cas. Ins. Co. et al.* | 2:20-cv-03384 | Eastern District of Pennsylvania | Eduardo C. Robreno |

| *Roy H. Johnson, DDS et al. v. Hartford Fire Ins. Co. et al.* | 1:20-cv-02000 | Northern District of Georgia | Steven D. Grimberg |
| *Salon Dare, Inc. v. Hartford Fin. Servs. Grp., Inc. d/b/a The Hartford, et al.* | 3:20-cv-09616 | District of New Jersey | Michael A. Shipp |
| *Seattle Gymnastics Academy Inc. v. Sentinel Ins. Co., Ltd.* | 2:20-cv-00884 | Western District of Washington | Barbara J. Rothstein |
| *Taq Willow Grove, LLC v. Twin City Fire Ins. Co. et al.* | 2:20-cv-03863 | Eastern District of Pennsylvania | Gene E.K. Pratter |
| *The Kirkland Grp., Inc. v. Sentinel Ins. Grp., Ltd. d/b/a The Hartford* | 3:20-cv-00496 | District of Mississippi | Daniel P. Jordan, III |
| *Tony Williams Dance Center LLC v. Hartford Fire Ins. Co.* | 1:20-cv-11312 | District of Massachusetts | Rya W. Zobel |

The Schedule of Actions contains the full list of parties in these actions and is attached as Exhibit A.  Copies of the docket sheets and complaints in these actions are attached as Exhibits B through AY.

Respectfully submitted,

/s/ Sarah D. Gordon
Sarah D. Gordon
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-8005
sgordon@steptoe.com

*Counsel for The Hartford Financial Services Group, Inc., Hartford Fire Insurance Company, Sentinel Insurance Company, Ltd., Hartford Casualty Insurance Company, Hartford Underwriters Insurance Company, Twin City Fire Insurance Company, Trumbull Insurance Company, Property & Casualty Insurance Company of Hartford, Pacific Insurance Company, Ltd., New England Insurance Company, New England Reinsurance Corporation, Hartford Insurance Company of Illinois, Hartford Accident & Indemnity Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, and Hartford Lloyds Insurance Company*