**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Hartford COVID-19 Business
Interruption Protection Insurance Litigation                                    **MDL No.  2963**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing *Levy/Taube* Plaintiffs' Response to Order to Show Cause were served on all parties in the following cases electronically via ECF, or as indicated below, on August 26, 2020.

**Robert A. Levy, D.M.D., LLC v. Hartford Casualty Insurance Company, Case No.: 4:20-cv-00631-SRC
Taube v. Hartford Financial Services Group, Inc et al, Case No.: 3:20-cv-00565-SMY**

| | |
|---|---|
| **Served via Email**<br>Patrick J. Kenny<br>Armstrong Teasdale LLP<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis, MO 63105<br>Telephone: (314) 552-6613<br>Email Address: pkenny@atllp.com<br>**Counsel for Defendants** | Angela B. Kennedy<br>Armstrong Teasdale LLP<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis, MO 63105<br>Telephone: 314.621.5070<br>Email Address: akennedy@atllp.com<br>**Counsel for Defendants**<br><br>Sarah D. Gordon<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington DC 20036<br>Telephone: 202-429-8005<br>Email Address: sgordon@steptoe.com<br>**Counsel for Defendants** |

Dated this 26th Day of August 2020

*Respectfully Submitted,*

/s/ *Richard S. Cornfeld*
**LAW OFFICE OF RICHARD S. CORNFELD, LLC**
1010 Market Street, Suite 1645
St. Louis, MO 63101
T: 314-241-5799
F: 314-241-5788
rcornfeld@cornfeldlegal.com

*Attorney for Plaintiffs*