| File Date | Defendant | Case Name and Description | Law Firms | Jurisdiction | Assigned Judge | Virus Exclusion | Class Action? | Dismissed? | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 8/20/2020 | Sentinel | MAIA Salon Spa and Wellness Corp. v. Sentinel Insurance Co. Ltd., No. 1:20-cv-03805 (E.D.N.Y. Aug. 19, 2020) | Edelson PC | E.D.N.Y. | Hon. Sandra J. Feuerstein | No | Yes | | |
| 8/20/2020 | Sentinel | Mario Badescu Skin Care Inc. v. Sentinel Insurance Co. Ltd., No. 1:20-cv-06699 (S.D.N.Y. Aug. 20, 2020) | Weg and Myers PC | S.D.N.Y. | Hon. Analisa Torres | No | No | | |
| 8/19/2020 | Hartford | Seattle Symphony Orchestra v. Hartford Fire Insurance Co., No. 2:20-cv-01252 (W.D. Wash. Aug. 19, 2020) | Keller Rohrback LLP and Gordon Tilden Thomas & Cordel LLP | W.D. Wash. | Hon. Brian A. Tsuchida | | No | | |
| 8/18/2020 | Sentinel | Family Smiles LLC v. Sentinel Insurance Co., No. 1:20-cv-04838 (N.D. Ill. Aug. 18, 2020) | Goodman Law Group | N.D. Ill. | Hon. Elaine E. Bucklo | | No | | |
| 8/11/2020 | Hartford | La Issy Inc. v. Hartford Casualty Insurance Co., No. 8:20-cv-01878 (M.D. Fla. Aug. 11, 2020) | Christopher Ligori & Associates; and Lucas & Magazine PLLC | M.D. Fla. | Hon. Steven D. Merryday | Yes | No | | |
| 8/10/2020 | Sentinel | KCJ Studios LLC v. Sentinel Insurance Co. Ltd., No. 2:20-cv-01207 (W.D. Wash. Aug. 10, 2020) | Keller Rohrback LLP | W.D. Wash. | Hon. Richard A. Jones | | Yes | | |
| 8/7/2020 | Twin City | TAQ Willow Grove LLC v. Twin City Insurance Co., No. 2:20-cv-03863 (E.D. Pa. Aug. 7, 2020) | Mattleman Weinroth & Miller PC | E.D. Pa. | Hon. Gene E.K. Pratter | | No | | MTD filed |
| 8/7/2020 | Sentinel | Totally Tickets v. Sentinel Insurance Co. Ltd., No. 5:20-cv-00778 (W.D. Okla. Aug. 6, 2020) | Holloway Bethea & Others PLLC | W.D. Okla. | Honorable Scott L. Palk | | No | | |
| 8/5/2020 | Hartford | Z Business Prototypes LLC v. Hartford Underwriters Insurance Co., No. 1:20-cv-10075 (D.N.J. Aug. 5, 2020) | Sherman Silverstein Kohl Rose & Podolsky PA | D.N.J. | Hon. Noel L. Hillman | | No | | |
| 8/5/2020 | Hartford | Wright v. Hartford Financial Services Group Inc., No. 1:20-cv-23253 (S.D. Fla. Aug. 5, 2020) | Moskowitz Law Firm PLLC and the Merlin Law Group | S.D. Fla. | Hon. Beth Bloom | | Yes | Voluntarily dismissed | |
| 8/5/2020 | Hartford | ABC Children's Dentistry LLC v. Hartford Insurance Co., No. 1:20-cv-10044 (D.N.J. Aug. 5, 2020) | Jacobs Schwalbe & Petruzzelli | D.N.J. | Hon. Noel L. Hillman | | No | | |
| 8/4/2020 | Sentinel | Digital Age Marketing Group Inc. v. Sentinel Insurance Co. Ltd., No. 0:20-cv-61577 (S.D. Fla. Aug. 4, 2020) | Smith & Vanture LLP and the Law Office of Lloyd J. Heilbrunn | S.D. Fla. | Hon. William P. Dimitrouleas | | No | | MTD filed |
| 8/4/2020 | Twin City | Hamilton Jewelry LLC v. Twin City Fire Insurance Co., No. 8:20-cv-02248 (D. Md. Aug. 4, 2020) | Veritas Law Firm | D. Md. | Hon. Paul W. Grimm | | No | | |
| 8/3/2020 | Sentinel | Kirkland Group Inc. v. Sentinel Insurance Group Ltd., No. 3:20-cv-00496 (S.D. Miss. Aug. 3, 2020) | Sanders Phillips Grossman Bullock PLLC | S.D. Miss. | Hon. Daniel P. Jordan III | | No | | |
| 8/3/2020 | Hartford | Washington Executive Services Inc. v. Hartford Casualty Insurance Co., No. 1:20-cv-02119 (D.D.C. Aug. 3, 2020) | Veritas Law Firm | D.D.C. | Hon. Timothy J. Kelly | | No | | MTD filed |

| Date | Insurer | Case | Plaintiff Counsel | District | Judge | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/31/2020 | Twin City | J&H Lanmark Inc. v. Twin City Fire Insurance Co., No. 5:20-cv-00333 (E.D. Ky. July 31, 2020) | Golden Law Office PLLC | E.D. Ky. | Hon. Danny C. Reeves | | No | | MTD filed |
| 7/31/2020 | Sentinel | Lasky Clinic Surgical Center Inc. v. Sentinel Insurance Co. Ltd., No. 2:20-cv-06949 (C.D. Cal. July 31, 2020) | Bentley & More LLP | C.D. Cal. | Hon. Michael W. Fitzgerald | Yes | No | | |
| 7/29/2020 | Twin City | Bustillo v. Twin City Fire Insurance Co., No. 1:20-cv-23133 (S.D. Fla. July 29, 2020) | Kozyak Tropin & TrockMorton LLp and Kopelowitz Ostrow Ferguson Weiselberg Gilbert | S.D. Fla. | Hon. Robert N. Scola | | No | | |
| 7/29/2020 | Hartford | Salon Euro Inc. v. Hartford Casualty Insurance Co., No. 3:20-cv-00845 (M.D. Fla. July 29, 2020) | Bush Law Group LLC | M.D. Fla. | Hon. Timothy J. Corrigan | | No | Voluntarily dismissed | |
| 7/23/2020 | Hartford | Baked Daily Corp. v. Hartford Financial Services Group Inc., No. 1:20-cv-11385 (D. Mass. July 23, 2020) | Shapiro Haber & Urmy LLP | D. Mass. | Hon. Douglas P. Woodlock | No | Yes | | |
| 7/22/2020 | Hartford | Good Times Barbershop v. Hartford Financial Services Group Inc., No. 3:20-cv-01403 (S.D. Cal. July 22, 2020) | Haeggquist & Eck LLP | S.D. Cal. | Hon. Michael M. Anello | Yes/Limited Coverage | Yes | | |
| 7/20/2020 | Sentinel | Oaklandish LLC v. Sentinel Insurance Co. Ltd., No. 3:20-cv-04856 (N.D. Cal. July 20, 2020) | Gibbs Law Group LLP and Cohen Milstein Sellers & Toll PLLC | N.D. Cal. | Hon. Laurel Beeler | Yes | Yes | | |
| 7/17/2020 | Hartford | Walters & Mason Retail Inc. v. Hartford Fire Insurance Co., No. 2:20-cv-03520 (E.D. Pa. July 17, 2020) | Morgan Lewis & Bockius LLP and Provost Umphrey Law Firm LLP | E.D. Pa. | Hon. Anita B. Brody | Yes | No | | |
| 7/17/2020 | Twin City | Firenze Ventures LLC v. Twin City Fire Insurance Co., No. 1:20-cv-04226 (N.D. Ill. July 17, 2020) | Edelman Combs Latturner & Goodwin LLC | N.D. Ill. | Hon. Gary Feinerman | | Yes | | MTD filed |
| 7/16/2020 | Sentinel | Colgan v. Sentinel Insurance Co., No. 3:20-cv-04780 (N.D. Cal. July 16, 2020) | Kornblum Cochran Erickson & Harbison LLP | N.D. Cal. | Hon. Kandis A. Westmore | | No | | |
| 7/16/2020 | Sentinel | Kevin Barry Fine Art Associates v. Sentinel Insurance Co. Ltd., No. 3:20-cv-04780 (N.D. Cal. July 16, 2020) | Hanson Bridgett LLP | N.D. Cal. | Hon. Sallie Kim | | No | | |
| 7/16/2020 | Hartford | BA LAX LLC v. Hartford Fire Insurance Co., No. 2:20-CV-06344 (C.D. Cal. July 16, 2020) | Callahan & Blaine APC | C.D. Cal. | Hon. Stephen V. Wilson | | No | | |
| 7/15/2020 | Hartford | Kole v. Hartford Financial Services Group Inc., No. 2:20-cv-03486 (E.D. Pa. July 15, 2020) | Anapol Weiss | E.D. Pa. | Hon. Timothy J. Savage | Yes | No | | |
| 7/15/2020 | Sentinel | Mostre Exhibits LLC v. Sentinel Insurance Co. Ltd., No. 3:20-cv-01332 (S.D. Cal. July 15, 2020) | LiMandri & Jonna LLP | S.D. Cal. | Hon. Cynthia Bashant | | No | | |

| Date | Insurer | Case | Plaintiff Counsel | Court | Judge | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/14/2020 | Twin City | Marras 46 LLC v. Twin City Fire Insurance Co., No. 2:20-cv-08886 (D.N.J. July 14, 2020) | Locks Law Firm LLC | D.N.J. | Hon. Stanley R. Chesler | | Yes | | |
| 7/14/2020 | Sentinel | Hais Hais and Goldberger PC v. Sentinel Insurance Co. Ltd., No. 4:20-cv-00919 (E.D. Mo. July 14, 2020) | Mandel Mandel Marsh Sudekum Sanger | E.D. Mo. | Hon. David D. Noce | No | No | | MTD filed |
| 7/14/2020 | Hartford | Park Avenue Oral and Facial Surgery PC v. Hartford Financial Services Group, No. 1:20-cv-05407 (S.D.N.Y. July 14, 2020) | Gitlin Horn & Van de Kieft LLP and Messner Reeves LLP | S.D.N.Y. | Hon. Vernon S. Broderick | | No | | |
| 7/13/2020 | Hartford | Tony Williams Dance Center LLC v. Hartford Fire Insurance Co., No. 1:20-cv-11312 (D. Mass. July 13, 2020) | Zilberberg Einhorn Karpel PC | D. Mass. | Hon. Rya W. Zobel | No | No | | |
| 7/9/2020 | Hartford | William W. Simpson Enterprises v. Hartford Financial Services Group Inc., No. 4:20-cv-00075 (D. Utah July 9, 2020) | Audet & Partners | D. Utah | Hon. David Nuffer | Yes | Yes | | |
| 7/9/2020 | Hartford | EMM Group Holdings LLC v. Hartford Fire Insurance Co., No. 2:20-cv-06139 (C.D. Cal. July 9, 2020) | Glaser Weil LLP and Johnston & Hutchinson LLP | C.D. Cal. | Hon. Michael W. Fitzgerald | | No | | |
| 7/9/2020 | Hartford | Westside Head & Neck v. Hartford Financial Services Group Inc., No. 2:20-cv-06132 (C.D. Cal. July 9, 2020) | Murphy Rosen LLP | C.D. Cal. | Hon. John F. Walter | No | No | | |
| 7/8/2020 | Hartford | French Laundry Partners LP v. Hartford Fire Insurance Co., No. 3:20-cv-04540 (N.D. Cal. July 8, 2020) | Dickenson Peatman & Fogarty and Gauthier Murphy & Houghtaling LLC | N.D. Cal. | Hon. Jacqueline Scott Corley | | No | | MTD filed |
| 7/2/2020 | Hartford | Franklin EWC Inc. v. Hartford Financial Services Group Inc., No. 3:20-cv-04434 (N.D. Cal. July 2, 2020) | Cotchett Pitre & McCarthy LLP | N.D. Cal. | Hon. Jacqueline Scott Corley | | No | | MTD filed |
| 7/2/2020 | Hartford | Blushark Digital LLC v. Hartford Financial Services Group Inc., No. 3:20-cv-08210 (D.N.J. July 2, 2020) | Bathgate Wegener & Wolf PC; the Moskowitz Law Firm PLLC and Merlin Law Group | D.N.J. | Hon. Michael A. Shipp | No | Yes | | |
| 7/2/2020 | Hartford | GO-4 NUGE Production Rentals LLC v. Hartford Financial Services Group Inc., No. 1:20-cv-22749 (S.D. Fla. July 2, 2020) | Moskowitz Law Firm PLLC and Merlin Law Group | S.D. Fla. | Hon. Marcia G. Cooke | Yes/Limited Coverage | Yes | | |
| 7/2/2020 | Hartford | Leal Inc. v. Hartford Financial Services Group Inc., No. 3:20-cv-00917 (D. Conn. July 2, 2020) | Izard Kindall & Raabe LLP and Carlson Lynch LLP | D. Conn. | Hon. Alfred V. Covello | Yes | Yes | | |
| 7/2/2020 | Hartford | Sweet Tooth Inc. v. Hartford Financial Services Group, No. 1:20-cv-22750 (S.D. Fla. July 2, 2020) | Moskowitz Law Firm PLLC and Merlin Law Group | S.D. Fla. | Hon. Kathleen M. Williams | No | Yes | | MTD filed |
| 7/2/2020 | Hartford | Sweetberry Holdings LLC v. Hartford Financial Services Group Inc., No. 3:20-cv-08200 (D.N.J. July 2, 2020) | Moskowitz Law Firm PLLC and Merlin Law Group | D.N.J. | Hon. Freda L. Wolfson | No | Yes | | |

| Date | Insurer | Case | Plaintiff Counsel | Court | Judge | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2020 | Hartford | Dang v. Hartford Lloyds Insurance Co., No. 4:20-cv-02326 (S.D. Tex. July 1, 2020) | FEARS NACHAWATI, PLLC | S.D. Tex. | Hon. Alfred H. Bennett | | No | | |
| 6/29/2020 | Hartford | Siegel & Siegel v. Hartford Casualty Insurance Co., No. 1:20-cv-04993 (S.D.N.Y. June 29, 2020) | Stueve Siegel Hanson LLP; Langdon & Emison LLC; Miller Schirger LLC and Shaffer Lomardo Shurin PC | S.D.N.Y. | Hon. Gregory H. Woods | No | Yes | Voluntarily dismissed | |
| 6/25/2020 | Hartford | Gabriella's LLC v. Hartford Insurance Group, No. 3:20-cv-07799 (D.N.J. June 25, 2020) | Maggs McDermott & DiCicco LLP | D.N.J. | Hon. Freda L. Wolfson | Yes | No | | |
| 6/24/2020 | Sentinel | Fancy That! Bistro & Catering LLC v. Sentinel Insurance Co., No. 3:20-cv-02382 (D.S.C June 24, 2020) | Anastopoulo Law Firm LLC | D.S.C. | Unassigned | Yes/Limited Coverage | Yes | | |
| 6/23/2020 | Twin City | Zagafen Bala LLC v. Twin City Fire Insurance Co., No. 2:20-cv-03033 (E.D. Pa. June 23, 2020) | Barrack Rodos & Bacine | E.D. Pa. | Hon. Paul S. Diamond | Yes/Limited Coverage | Yes | | |
| 6/23/2020 | Hartford | Dressel v. Hartford Insurance Co. of the Midwest Inc., No. 1:20-cv-02777 (E.D.N.Y. June 23, 2020) | PinilisHalpern LLP and the Casas Law Firm PC | E.D.N.Y. | Hon. Kiyo A. Matsumoto | No | No | | |
| 6/23/2020 | Sentinel | JDR Enterprises LLC v. Sentinel Insurance Co., No. 4:20-cv-00270 (D. Ariz. June 23, 2020) | Finson Law Firm; Levin Sedran & Berman LLP; Golomb & Honik PC; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | D. Ariz. | Hon. Jennifer G. Zipps | Yes | No | | |
| 6/19/2020 | Hartford | Kennedy Hodges & Associates Ltd. LLP v. Hartford Financial Services Group Inc., No. 3:20-cv-00852 (D. Conn. June 19, 2020) | Izard Kindall & Raabe LLP and Carlson Lynch LLP | D. Conn. | Hon. Vanessa L. Bryant | Yes/Limited Coverage | Yes | | |
| 6/18/2020 | Hartford | Investigroup LLC v. Hartford Underwriters Insurance Co., No. 2:20-cv-07441 (D.N.J. June 18, 2020) | Sherman Silverstein Kohl Rose & Podolsky PA | D.N.J. | Hon. Brian R. Martinotti | | No | | |
| 6/17/2020 | Sentinel | Bokman v. Sentinel Insurance Co. Ltd., No. 2:20-cv-02887 (E.D. Pa. June 17, 2020) | Levin Sedran & Berman LLP; Golomb & Honik PC; and Beasley Allen Crow Methvin Portis & Miles PC | E.D. Pa. | Hon. Timothy J. Savage | | No | | |
| 6/16/2020 | Hartford | Moody v. Hartford Financial Services Group Inc., No. 2:20-cv-02856 (E.D. Pa. June 16, 2020) | Levin Sedran & Berman LLP; Golomb & Honik PC; and Beasley Allen Crow Methvin Portis & Miles PC | E.D. Pa. | Hon. Timothy J. Savage | Yes | No | | MTD filed |

| Date | Insurer | Case | Plaintiff Counsel | Court | Judge | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/15/2020 | Hartford | Taube v. Hartford Financial Services Group Inc., No. 3:20-cv-00565 (S.D. Ill. June 15, 2020) | Goldenberg Heller & Antognoli PC; Law Office of Richard S. Cornfeld LLC; the Bruning Law Firm LLC and Arias Sanguinetti Wang & Torrijos LLP | S.D. Ill. | Hon. Staci M. Yandle | | Yes | | MTD filed |
| 6/15/2020 | Hartford | ATCM Optical Inc. v. Hartford Insurance Co., No. 2:20-cv-02828 (E.D. Pa. June 15, 2020) | Levin Sedran & Berman LLP; Golomb & Honik PC; and Beasley Allen Crow Methvin Portis & Miles PC | E.D. Pa. | Hon. Timothy J. Savage | Yes | No | Voluntarily dismissed | |
| 6/12/2020 | Twin City | CFIT Holding Corp. v. Twin City Fire Insurance Co., No. 1:20-cv-03453 (N.D. Ill. June 12, 2020) | Brown Udell Pomerantz & Delrahim Ltd. | N.D. Ill. | Hon. Gary Feinerman | | No | | |
| 6/11/2020 | Hartford | Cali Fresh LLC v. Hartford, Financial Services Group Inc., No. 1:20-cv-00522 (M.D.N.C. June 11, 2020) | Whitfield Bryson LLP | M.D.N.C. | Hon. William L. Osteen Jr. | | No | | |
| 6/11/2020 | Hartford | Adorn Barber & Beauty LLC v. Hartford, No. 3:20-cv-00418 (E.D. Va. June 11, 2020) | Breit Cantor Grana & Buckner PLLC; Golomb & Honik PC; Levin Sedran & Berman LLP; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | E.D. Va. | Hon. Robert E. Payne | | No | | MJP filed |
| 6/11/2020 | Hartford | 11012 Holdings Inc. v. Hartford Fire Insurance Co., No. 1:20-cv-04471 (S.D.N.Y. June 11, 2020) | Casas Law Firm PC | S.D.N.Y. | Hon. Lorna G. Schofield | | No | | |
| 6/10/2020 | Hartford | Patrick and Geoff Investments Inc. v. Hartford, No. 2:20-cv-05140 (C.D. Cal. June 10, 2020) | Birka-White Law Offices; Golomb & Honik PC; Levin Sedran & Berman LLP; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | C.D. Cal. | Hon. Michael W. Fitzgerald | | No | | |
| 6/10/2020 | Hartford | R3 Hospitality Group LLC v. Hartford, No. 5:20-cv-01182 (C.D. Cal. June 10, 2020) | Birka-White Law Offices; Golomb & Honik PC; Levin Sedran & Berman LLP; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | C.D. Cal. | Hon. Jesus G. Bernal | | No | | |

| Date | Policy | Case | Plaintiff's Counsel | District | Judge | | | |
|---|---|---|---|---|---|---|---|---|
| 6/10/2020 | Hartford | Roundin3rd Sports Bar LLC v. Hartford, No. 2:20-cv-05159 (C.D. Cal. June 10, 2020) | Birka-White Law Offices; Golomb & Honik PC; Levin Sedran & Berman LLP; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | C.D. Cal. | Hon. Stephen V. Wilson | | No | |
| 6/8/2020 | Sentinel | Seattle Gymnastics Academy Inc. v. Sentinel Insurance Company Ltd., No. 2:20-cv-00884 (W.D. Wash. June 8, 2020) | Miller Nash Graham & Dunn LLP | W.D. Wash. | Hon. Barbara J. Rothstein | | No | |
| 6/5/2020 | Twin City | Barroso Inc. v. Twin City Fire Insurance Co., No. 1:20-cv-00632 (E.D. Va. June 5, 2020) | Veritas Law Firm | E.D. Va. | Hon. Leonie M. Brinkema | | No | |
| 6/3/2020 | Hartford | Pure Fitness LLC v. Hartford Financial Services Group Inc., No. 2:20-cv-00775 (N.D. Ala. June 3, 2020) | Whatley Kallas LLP; Wiggins Childs Pantazis Fisher & Goldfarb; Penn & Seaborn LLC; Johnstone Carroll LLC | N.D. Ala. | Hon. John H England, III | | Yes | |
| 6/2/2020 | Hartford | Salvatore's Italian Gardens Inc. v. Hartford Fire Insurance Co., No. 1:20-cv-00659 (W.D.N.Y. June 2, 2020) | Richmond Vona LLC; Levin Sedran & Berman LLP; Golomb & Honik PC; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | W.D.N.Y. | Hon. Lawrence J. Vilardo | | No | |
| 6/2/2020 | Hartford | Metropolitan Dental Arts PC v. Hartford Financial Services Group Inc., No. 1:20-cv-02443 (E.D.N.Y June 2, 2020) | Nussbaum Law Group PC and Criden & Love PA | E.D.N.Y. | Hon. William F. Kuntz, II | | No | |
| 6/2/2020 | Sentinel | Protégé Restaurant Partners LLC v. Sentinel Insurance Co., No. 5:20-cv-03674 (N.D. Cal. June 2, 2020) | Susman Godfrey LLP | N.D. Cal. | Hon. Nathanael M. Cousins | Yes | Yes | MTD filed |
| 6/1/2020 | Hartford | Back2Health Chiropractic Center LLC v. Hartford Financial Services Group Inc., No. 2:20-cv-06717 (D.N.J. June 1, 2020) | Berger Montague PC; Greg Coleman Law and Whitfield Bryson Law LLP | D.N.J. | Hon. John Michael Vazquez | Yes/Limited Coverage | Yes | MTD filed |
| 6/1/2020 | Hartford | Forfex LLC v. Hartford Underwriters Insurance Co., No. 2:20-cv-01068 (D. Ariz. June 1, 2020) | Finson Law Firm; Levin Sedran & Berman LLP; Golomb & Honik PC; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | D. Ariz. | Hon. Dominic W. Lanza | Yes | No | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | Hartford | Florida Wellness Center of Tallahassee Inc. v. Hartford Casualty Insurance Co., No. 4:20-cv-00279 (N.D. Fla. May 27, 2020) | Landau Law Group PA and the Law Offices of Thayer A. Musa | N.D. Fla. | Hon. William Stafford | Yes/Limited Coverage | No | | MTD filed |
| 5/27/2020 | Hartford | Strelow v. Hartford Casualty Insurance Co., No. 2:20-cv-00797 (W.D. Wash. May 27, 2020) | Plaintiff Litigation Group PLLC | W.D. Wash. | Hon. Thomas S. Zilly | Yes | No | | |
| 5/27/2020 | Hartford | Kaminsky Dental Associates PC v. Hartford Financial Services Group Inc., No. 2:20-cv-02494 (E.D. Pa. May 27, 2020) | Friedman Schuman PC | E.D. Pa. | Hon. C. Darnell Jones III | Yes | No | Voluntarily dismissed | |
| 5/22/2020 | Hartford | Gonzalez v. Hartford Financial Services Group Inc., No. 1:20-cv-22151 (S.D. Fla. May 22, 2020) | Podhurst Orseck PA and Boies Schiller Flexner LLP | S.D. Fla. | Hon. Jose E. Martinez | Yes/Limited Coverage | Yes | | MTD filed |
| 5/22/2020 | Hartford | Independence Barbershop LLC v. Hartford Financial Services Group Inc., No. 1:20-cv-00555 (W.D. Tex. May 22, 2020) | Berger Montague PC; Greg Coleman Law and Whitfield Bryson Law LLP | W.D. Tex. | Hon. Lee Yeakel | Yes/Limited Coverage | Yes | | MTD filed |
| 5/21/2020 | Hartford | Karmel Davis and Associates v. Hartford Financial Services Group Inc., No. 1:20-cv-02181 (N.D. Ga. May 21, 2020) | Berger Montague PC; Greg Coleman Law and Whitfield Bryson Law LLP | N.D. Ga. | Hon. William M. Ray, II | No | Yes | | MTD filed |
| 5/21/2020 | Hartford | LD Gelato LLC v. Hartford Underwriters Insurance Co., No. 2:20-cv-06215 (D.N.J. May 21, 2020) | Law Office of Roosevelt N. Nesmith LLC | D.N.J. | Hon. John Michael Vazquez | Yes | No | | |
| 5/21/2020 | Hartford | Ultimate Hearing Solutions II LLC v. Hartford Underwriters Insurance Co., No. 2:20-cv-02401 (E.D. Pa. May 21, 2020) | Sherman Silverstein Kohl Rose & Podolsky PA | E.D. Pa. | Hon. Chad F. Kenney | Yes/Limited Coverage | No | | |
| 5/20/2020 | Hartford | Dotexamdr PLLC v. Hartford Fire Insurance Co., No. 3:20-cv-00698 (D. Conn. May 20, 2020) | Ury & Moskow; Levin Sedran & Berman LLP; Golomb & Honik PC; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | D. Conn. | Hon. Vanessa L. Bryant | Yes | No | | |
| 5/20/2020 | Hartford | Pats v. Hartford Fire Insurance Co., No. 3:20-cv-00697 (D. Conn. May 20, 2020) | Ury & Moskow; Levin Sedran & Berman LLP; Golomb & Honik PC; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | D. Conn. | Hon. Janet Bond Arterton | Yes | No | | |

| Date | Policy | Case | Plaintiff Counsel | Court | Judge | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/18/2020 | Twin City | Q Clothier New Orleans LLC v. Twin City fire Insurance Co., No. 2:20-cv-01470 (E.D. La. May 18, 2020) | Schexnaydre Law Firm | E.D. La. | Hon. Ivan L.R. Lemelle | | No | | |
| 5/15/2020 | Twin City | System Optics Inc. v. Twin City Fire Insurance Co., No. 5:20-cv-01072 (N.D. Ohio May 15, 2020) | Novak LLP and Sammon LLC | N.D. Ohio | Hon. Sara Lioi | | No | | MTD filed |
| 5/14/2020 | Hartford | Levy v. Hartford Casualty Insurance Co., No. 4:20-cv-00643 (E.D. Mo. May 14, 2020) | Law Offices of Richard S. Cornfeld LLC; Bruning Law Firm LLC; and Arias Sanguinetti Wang & Torrijos LLP | E.D. Mo. | Hon. Stephen R. Clark | Yes | Yes | | MTD filed |
| 5/14/2020 | Hartford | Addiego Orthodontics LLC v. Hartford Financial Services Group Inc., No. 3:20-cv-05882 (D.N.J. May 14, 2020) | Anapol Weiss | D.N.J. | Hon. Freda L. Wolfson | Yes | No | | |
| 5/13/2020 | Sentinel | Ambulatory Care Center PA v. Sentinel Insurance Co., No. 1:20-cv-05837 (D.N.J. May 13, 2020) | Golomb & Honik PC; Levin Sedran & Berman LLP; and Beasley Allen Crow Methvin Portis & Miles PC | D.N.J. | Hon. Joseph H. Rodriguez | No | No | | |
| 5/13/2020 | Hartford | Addiego Family Dental LLC v. Hartford Financial Services Group Inc., No. 3:20-cv-05847 (D.N.J. May 13, 2020) | Anapol Weiss | D.N.J. | Hon. Freda L. Wolfson | Yes | No | | |
| 5/13/2020 | Hartford | Brain Freeze Beverage LLC v. Hartford Financial Services Group Inc., No. 2:20-cv-02157 (E.D.N.Y. May 13, 2020) | Levitt LLP | E.D.N.Y. | Hon. Joanna Seybert | | No | | |
| 5/12/2020 | Sentinel | Glow Medispa LLC v. Sentinel Insurance Co., No. 2:20-cv-00712 (W.D. Wash. May 12, 2020) | Keller Rohrback LLP | W.D. Wash. | Hon. Robert S. Lasnik | | Yes | | |
| 5/8/2020 | Hartford | Johnson v. Hartford Financial Services Group Inc., No. 1:20-cv-02000 (N.D. Ga. May 8, 2020) | Barnes Law Group LLP | N.D. Ga. | Hon. Steven D. Grimberg | No | Yes | | |
| 5/8/2020 | Twin City | Cosmetic Laser Inc. v. Twin City Fire Insurance Co., No. 3:20-cv-00638 (D. Conn. May 8, 2020) | Koskoff Koskoff & Bieder PC; DiCello Levitt Gutzler LLC; the Lanier Law Firm; Daniels & Tredennick and Burns Bowen Bair LLP | D. Conn. | Hon. Stefan R. Underhill | Yes/Limited Coverage | Yes | | |
| 5/8/2020 | Hartford | Milton v. Hartford Casualty Insurance Co., No. 3:20-cv-00640 (D. Conn. May 8, 2020) | Koskoff Koskoff & Bieder PC; DiCello Levitt Gutzler LLC; the Lanier Law Firm; Daniels & Tredennick and Burns Bowen Bair LLP | D. Conn. | Hon. Janet Bond Arterton | Yes/Limited Coverage | Yes | | |

| Date | Insurer | Case | Plaintiff Counsel | Court | Judge | Coverage | Class Action | Status |
|---|---|---|---|---|---|---|---|---|
| 5/8/2020 | Sentinel | One40 Beauty Lounge LLC v. Sentinel Insurance Co. Ltd., No. 3:20-cv-00643 (D. Conn. May 8, 2020) | Koskoff Koskoff & Bieder PC; DiCello Levitt Gutzler LLC; the Lanier Law Firm; Daniels & Tredennick and Burns Bowen Bair LLP | D. Conn. | Hon. Kari A. Dooley | Yes/Limited Coverage | Yes | |
| 5/8/2020 | Hartford | Grailey's Inc. v. Hartford Fire Insurance Co., No. 2:20-cv-05743 (N.D. Tex. May 8, 2020) | Fears Nachawati PLLC | N.D. Tex. | Hon. Barbara M. G. Lynn | | No | MSJ filed |
| 5/8/2020 | Hartford | Eye Care Center of New Jersey PA v. Hartford Financial Services Group, No. 2:20-cv-05743 (D.N.J. May 8, 2020) | Carella Byrne Cecchi Olstein Brody& Agnello; Seeger Weiss; and Robbins Geller Rudman & Dowd LLP | D.N.J. | Hon. Kevin McNulty | Yes/Limited Coverage | Yes | MTD filed |
| 5/7/2020 | Hartford | Rinnigade Art Works v. Hartford Financial Services Group Inc., No. 1:20-cv-10867 (D. Mass. May 7, 2020) | Whatley Kallas LLP and Frisoli Associates PC | D. Mass. | Hon. Indira Talwani | Yes/Limited Coverage | Yes | MTD filed |
| 5/6/2020 | Hartford | Red Apple Dental PC v. Hartford Financial Services Group Inc., No. 7:20-cv-03549 (S.D.N.Y. May 6, 2020) | Berger Montague PC; Greg Coleman Law and Whitfield Bryson Law LLP | S.D.N.Y. | Hon. Philip M. Halpern | No | Yes | |
| 5/5/2020 | Hartford | Hair Studio 1208 LLC v. Hartford Underwriters Insurance Co., No. 2:20-cv-02171 (E.D. Pa. May 5, 2020) | Keller Rohrback LLP | E.D. Pa. | Hon. Timothy J. Savage | | Yes | MTD filed |
| 5/4/2020 | Sentinel | Boozer-Lindsey PA LLC v. Sentinel Insurance Co., No. 6:20-cv-00235 (E.D. Tex. May 4, 2020) | Miller Weisbrod LLP | E.D. Tex. | Hon. J. Campbell Barker | Yes | No | |
| 5/4/2020 | Hartford Sentinel | Little Stars Corp. v. Hartford Underwriters Insurance Co., No. 3:20-cv-00609 (D. Conn. May 4, 2020) | Ury & Moskow; Levin Sedran & Berman LLP; Golomb & Honik PC; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | D. Conn. | Hon. Alfred V. Covello | Yes | No | |
| 5/4/2020 | Hartford | Black Magic LLC v. Hartford Fire Insurance Co., No. 2:20-cv-01743 (D.S.C. May 4, 2020) | McCullough Khan LLC | D.S.C. | Hon. Bruce Howe Hendricks | Yes/Limited Coverage | Yes | MTD filed |
| 5/4/2020 | Sentinel | Lee v. Sentinel Insurance Co. Ltd., No. 3:20-cv-05422 (W.D. Wash. May 4, 2020) | Keller Rohrback LLP | W.D. Wash. | Hon. David W. Christel | | Yes | |

| 5/4/2020 | Hartford | Rencana LLC v. Hartford Financial Services Group Inc., No. 3:20-cv-00611 (D. Conn. May 4, 2020) | Ury & Moskow; Levin Sedran & Berman LLP; Golomb & Honik PC; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | D. Conn. | Hon. Janet Bond Arterton | Yes | No | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/4/2020 | Hartford | Consulting Advantage Inc. v. Hartford Fire Insurance Co., No. 3:20-cv-00610 (D. Conn. May 4, 2020) | Ury & Moskow; Levin Sedran & Berman LLP; Golomb & Honik PC; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | D. Conn. | Hon. Jeffrey A. Meyer | Yes | No | | |
| 5/1/2020 | Hartford | Food for Thought Caterers Corp. v. Hartford Financial Services Group Inc., No. 1:20-cv-03418 (S.D.N.Y. May 1, 2020) | Giskan Solotaroff & Anderson LLP; Boni Zack & Snyder LLC; and Langer Grogan & Diver PC | S.D.N.Y. | Unassigned | No | Yes | | MTD filed |
| 5/1/2020 | Sentinel | Boutros v. Sentinel Insurance Co. Ltd., No. 4:20-cv-01541 (S.D. Tex. May 1, 2020) | Ammons Law Firm LLP | S.D. Tex. | Hon. David Hittner | | Yes | Voluntarily dismissed | |
| 4/30/2020 | Sentinel | Kim v. Sentinel Insurance Company Ltd., No. 2:20-cv-00657 (W.D. Wash. Apr. 30, 2020) | Keller Rorhback LLP | W.D. Wash. | Hon. James L. Robart | | Yes | | |
| 4/30/2020 | Sentinel | Sidkoff Pincus & Green PC v. Sentinel Insurance Co., No. 2:20-cv-02083 (E.D. Pa. Apr. 30, 2020) | Levin Sedran & Berman LLP; Golomb & Honik PC; and Beasley Allen Crow Methvin Portis & Miles PC | E.D. Pa. | Hon. Timothy J. Savage | Yes/Limited Coverage | No | | MTD filed |
| 4/29/2020 | Sentinel | Social Life Magazine Inc. v. Sentinel Insurance Company Ltd., No. 1:20-cv-03311 (S.D.N.Y. Apr. 29, 2020) | Gabriel Fischbarg | S.D.N.Y. | Hon. Valerie E. Caproni | | No | Voluntarily dismissed | |
| 4/29/2020 | Sentinel Hartford New England Pacific Trumball Twin City | Buffalo Xerographix Inc. v. Sentinel Insurance Company Ltd., No. 1:20-cv-00520 (W.D.N.Y. Apr. 29, 2020) | Duke Holzman Photiadis & Gresens LLP | W.D.N.Y. | Hon. Geoffrey Crawford | No | Yes | | MJP filed |
| 4/29/2020 | Twin City | Coffey & McKenzie LLC v. Twin City Fire Insuarnce Co., No. 2:20-cv-01671 (D.S.C. Apr. 29, 2020) | Duke Holzman Photiadis & Gresens LLP | D.S.C. | Hon. Bruce Howe Hendricks | | No | | MJP filed |
| 4/29/2020 | Sentinel | Prato v. Sentinel Insurance Co., No. 3:20-cv-05402 (W.D. Wash. Apr. 29, 2020) | Keller Rohrback LLP | W.D. Wash. | Hon. Robert J. Bryan | | Yes | | |

| Date | Insurer | Case | Plaintiff's Counsel | Court | Judge | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/29/2020 | Hartford | Sharde Harvey DDS PLLC v. Hartford Financial Services Group Inc., No. 1:20-cv-03350 (S.D.N.Y. Apr. 29, 2020) | Hecht Kleeger & Damaschek PC; Levin Sedran & Berman LLP; Golomb & Honik PC; Robert Pierce & Associates; and Beasley Allen Crow Methvin Portis & Miles PC | S.D.N.Y. | Hon. Paul G. Gardephe | Yes | No | | Pre-motion letter |
| 4/28/2020 | Hartford | Pigment Inc. v. Hartford Financial Services Group Inc., No. 3:20-cv-00794 (S.D. Cal. Apr. 28, 2020) | Robbins Geller Rudman & Dowd LLP; Carella Byrne Cecchi Olstein Brody & Agnello PC; and Seeger Weiss LLP | S.D. Cal. | Hon. Dana M. Sabraw | Yes/Limited Coverage | Yes | | |
| 4/27/2020 | Hartford | GCDC LLC v. Hartford Financial Services Group Inc., No. 1:20-cv-01094 (D.D.C. Apr. 27, 2020) | Cohen Millstein Sellers & Toll PLLC and Gibbs Law Group LLP | D.D.C. | Hon. Timothy J. Kelly | Yes | Yes | | MTD filed |
| 4/27/2020 | Hartford | Lansdale 329 Prop LLC v. Hartford Underwriters Insurance Co., No. 2:20-cv-02034 (E.D. Pa. Apr. 27, 2020) | Barrack Rodos & Bacine | E.D. Pa. | Hon. Timothy J. Savage | Yes | Yes | | MTD filed |
| 4/24/2020 | Hartford | Chorak v. Hartford Casualty Insurance Co., No. 2:20-cv-00627 (W.D. Wash. Apr. 24, 2020) | Keller Rohrback LLP | W.D. Wash. | Hon. J. Richard Creatura | | Yes | | |
| 4/24/2020 | Hartford | SA Hospitality Group LLC v. Hartford Financial Services Group Inc., No. 1:20-cv-03258 (S.D.N.Y. Apr. 24, 2020) | Carella Byrne Cecchi Olstein Brody & Agnello; Seeger Weiss; and Robbins Geller Rudman & Dowd LLP | S.D.N.Y. | Hon. Gregory H. Woods | Yes | Yes | Voluntarily dismissed | |
| 4/24/2020 | Sentinel | Risinger Holdings LLC v. Sentinel Insurance Co., No. 1:20-cv-00176 (E.D. Tex. Apr. 24, 2020) | Brasher Law Firm PLLC | E.D. Tex. | Hon. Michael J. Truncale | No | No | | |
| 4/23/2020 | Sentinel | Hair Perfect International Inc. v. Sentinel Insurance Co., No. 2:20-cv-03729 (C.D. Cal. Apr. 23, 2020) | Johnston & Hutchinson LLP; the Law Offices of Robert L. Shapiro; the Kneafsey Firm and the Ammons Law Firm LLP | C.D. Cal. | Hon. John A. Kronstadt | Yes/Limited Coverage | Yes | | |
| 4/17/2020 | Hartford | Geragos & Geragos APC Engine Co. No. 28 LLC v. Hartford Fire Insurance Co., No. 2:20-cv-04647 (C.D. Cal. Apr. 17, 2020) | Geragos & Geragos APC and Dhillon Law Group Inc. | C.D. Cal. | Hon. George H. Wu | | No | | |