**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: HARTFORD COVID-19 BUSINESS INTERRUPTION PROTECTION INSUARNCE LITIGATION | MDL No. 2963 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on August 26, 2020, I caused the foregoing Response to Order to Show Cause in Support of Transfer and Centralization Pursuant to 28 U.S.C. § 1407 along with the accompanying exhibits to be filed and served using the Court's CM/ECF system, which sends a service copy to all registered parties in this action at their at their associated email addresses.

*/s/ Shanon J. Carson*
Shanon J. Carson
scarson@bm.net
**BERGER MONTAGUE PC**
1818 Market St., Ste. 3600
Philadelphia, PA 19103
T: 215-875-4656
F: 215-875-3000

*Attorney for Red Apple Dental PC*